1213-15

# ELECTRONIC RECORD

COA # 14-14-00530-CR          OFFENSE: Sexual Abuse of a Child

STYLE: Christopher Wesley Parks v The State of Texas          COUNTY: Liberty

COA DISPOSITION: Affirmed          TRIAL COURT: 75th District Court

DATE: August 13, 2015   Publish: No          TC CASE #:CR30078

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Christopher Wesley Parks v The State of Texas

CCA # _____

____PRO SE____          Petition          CCA Disposition: __1213-15__
FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

____REFUSED____          JUDGE: _____

DATE: __11/04/2015__          SIGNED: _____          PC: _____

JUDGE: __Per Curiam__          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**